UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>MARS/WRIGLEY CONFECTIONARY, *et al.*,<br><br>Defendants. | Case No. C20-1664-BHS-MAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff John Demos, a state prisoner, has filed an application to proceed *in forma pauperis* ("IFP") and a proposed civil rights complaint. (Dkts. 1, 1-1.) Plaintiff is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See, e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993). Plaintiff alleges in this action that defendants, all of whom are apparently food manufacturing companies located throughout the United States, violated his constitutional rights and various federal statutes by placing food products into the stream of commerce which were contaminated with COVID-19. (Dkt. 1-1 at 3-8.)

An Order of this Court provides for the return without filing of any petition that seeks an

REPORT AND RECOMMENDATION - 1

extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997). In addition, plaintiff may submit **only three IFP applications and proposed actions** each year. *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982). Furthermore, under 28 U.S.C. § 1915(g), plaintiff must demonstrate "imminent danger of serious physical injury" to proceed IFP because he has had more than three prior actions dismissed as frivolous, malicious, or for failure to state a claim. *See Demos v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999).

This year, plaintiff has already filed more than three IFP applications and proposed civil-rights actions in this District. *See, e.g.*, *Demos v. Kavanaugh*, No. C20-177-JLR (W.D. Wash.); *Demos v. McDonald*, C20-610-JLR (W.D. Wash.); *Demos v. Chief Judges*, No. C20-826-RSM (W.D. Wash.); *Demos v. Rice*, No. C20-824-RSM (W.D. Wash.). Moreover, plaintiff's proposed complaint does not contain "a plausible allegation that [he] faced imminent danger of serious physical injury at the time of filing." *Andrews v. Cervantes*, 493 F.3d 1047 (9th Cir. 2007) (internal citations omitted). It is also patently frivolous.[1]

Accordingly, the Court recommends that plaintiff's IFP application (Dkt. 1) be DENIED and this action be DISMISSED without prejudice. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and

---

[1] In order to state a viable civil rights claim, a plaintiff must show that any alleged deprivation of his federal rights was caused by a person acting under color of state law. *See West v. Atkins*, 487 U.S. 42, 48 (1988). Acting "under color of state law" requires that a defendant have exercised power "possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law." *Id*. at 49 (quoting *United States v. Classic*, 313 U.S. 299, 326 (1941)). Each of the defendants named in plaintiff's complaint (Mars/Wrigley Confectionary, Abimar Foods, Inc., and Four In One) is a private company and plaintiff alleges no facts suggesting that any of these companies might properly be deemed a state actor for purposes of this civil rights action.

REPORT AND RECOMMENDATION - 2

served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **January 8, 2021**.

Dated this 11th day of December, 2020.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3