1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

                    Plaintiff,

        v.

MARS/WRIGLEY
CONFECTIONARY, et al.

                    Defendants.

CASE NO. C20-1664 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

13

14

15

16

17

18

19

20

21

22

This matter comes before the Court on the Report and Recommendation ("R&R")

of the Honorable Mary Alice Theiler, United States Magistrate Judge. Dkt. 2. The Court

having considered the R&R and the remaining record, and no objections having been

filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's application to proceed *in forma pauperis*, Dkt. 1, is **DENIED**;

(3)    This matter is **DISMISSED without prejudice** pursuant to 28 U.S.C. §

        1915(g) and standing bar orders, *see In re John Robert Demos*, MC91-269-

ORDER - 1

1    CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions*

2    *Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982);

3    (4)    The Clerk shall enter JUDGMENT and close this case.

4    Dated this 20th day of January, 2021.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2